# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOSEPH ANTHONY NICOTERA | ) | Case No. 20-31700-KLP |
| CAROLYN MARIE NICOTERA | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |

## NOTICE OF MOTION TO IMPOSE THE AUTOMATIC STAY AND
## NOTICE OF MOTION TO EXTEND THE AUTOMATIC STAY AND HEARING

The above-named Debtors, by counsel, have filed a Motion with the Court to Impose the Automatic Stay as to Joseph Anthony Nicotera pursuant to 11 U.S.C. § 362(c)(4)(B) and a Motion to Extend the Automatic Stay with the Court pursuant to 11 U.S.C. § 362(c)(3)(B) as to Carolyn Marie Nicotera. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one.

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THIS MOTION WILL BE HELD ON April 15, 2020 at 10:00 a.m. in Honorable Keith L. Phillips' Courtroom, U.S. Bankruptcy Court, 701 E. Broad Street, Room 5100, Richmond, VA 23219.**

If you want to be heard on this matter, then no later than three (3) days before the date of the hearing, you or your attorney must:

1. File with the court, at the address below, a written response pursuant to Local Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street, Room 4000
> Richmond, VA 23219-3515

2. You must also mail a copy to:

> James E. Kane, Esquire
> Kane & Papa, PC
> P.O. Box 508
> Richmond, VA  23218

James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtors*

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Respectfully submitted,

JOSEPH ANTHONY NICOTERA
CAROLYN MARIE NICOTERA
By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I certify that on April 1, 2020, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtors, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest of the mailing matrix attached hereto.

/s/ James E. Kane
Counsel for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOSEPH ANTHONY NICOTERA | ) | Case No. 20-31700-KLP |
| CAROLYN MARIE NICOTERA | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |

**MOTION TO IMPOSE THE AUTOMATIC STAY**
**AND  MOTION TO EXTEND THE AUTOMATIC STAY**

COME NOW the Debtors, JOSEPH ANTHONY NICOTERA and CAROLYN MARIE

NICOTERA (the "Debtors"), by counsel, and pursuant to 11 U.S.C. § 362(c)(4)(B), file the

following Motion to Impose the Automatic Stay as to Joseph Anthony Nicotera, and pursuant to

11 U.S.C. § 362(c)(3)(B) to Extend the Automatic Stay as to Carolyn Marie Nicotera, and

affirmatively state as follows:

1.      Jurisdiction of this Court over the instant matter is based upon 28 U.S.C. §§ 1334

and 157 in that this action arises in and relates to the bankruptcy case of the Debtors.

2.      This proceeding is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (B), (K),

and (O).

3.      Venue is proper pursuant to 28 U.S.C. § 1409.

4.      On March 27, 2020 (hereinafter the "Petition Date"), the Debtors filed a petition

for relief under Chapter 13 of the Bankruptcy Code (the "instant case").

5.      Within the year prior to filing the instant case, Joseph Anthony Nicotera has been

a debtor in two (2) pending Chapter 13 bankruptcy cases which were dismissed.

6.      Within the year prior to filing the instant case, Carolyn Marie Nicotera has been a

debtor in one (1) pending Chapter 13 bankruptcy case which was dismissed.

WHEREFORE, the Debtors, JOSEPH ANTHONY NICOTERA and CAROLYN MARIE NICOTERA, respectfully request this Honorable Court to enter an Order imposing the automatic stay as to all creditors as to Joseph Anthony Nicotera and extending the automatic stay as to Carolyn Marie Nicotera, and as to the property of the estate of the Debtors, for the duration of the instant case, and for such other and further relief as to the Court shall be deemed appropriate.

Respectfully submitted,

JOSEPH ANTHONY NICOTERA
CAROLYN MARIE NICOTERA
By Counsel:


/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
Counsel for Debtors


## CERTIFICATE OF SERVICE

I certify that on April 1, 2020, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest of the mailing matrix attached hereto.


/s/ James E. Kane
Counsel for Debtors

AES/FED
PO Box 2461
Harrisburg, PA 17106


Aura Zelada
1631 East Vine St. Ste. 300
Kissimmee, FL 34744


Bank of America
Attn: Bankruptcy
P.O. 982284
El Paso, TX 79998


C. Conrad c/o Jason Pelt
2052 Jefferson Davis Highway
Suite 201
Stafford, VA 22554


Cavalry Portfolio Services
500 Summit Lake
Suite 400
Valhalla, NY 10595


David Murphy
40 Carousel Dr.
Portland, CT 06480


Don Southern
c/o Goodall, Pelt, Carper
1259 Courthouse Road
Stafford, VA 22554


ECMC Group
Attn: Bankruptcy
111 Washington Ave South, Ste 1400
Minneapolis, MN 55401


EduCap Inc.
Attn: Bankruptcy
PO Box 82522
Lincoln, NE 68501


Fredericksburg Emergency Med
1001 Sam Perry Blvd
Fredericksburg, VA 22401

```
Internal Revenue Service
Centralized Insolvency Operati
P. O. Box 7346
Philadelphia, PA 19101-7346


John A. Nere, Jr., P.C.
806 Princess Anne St.
Fredericksburg, VA 22401


Kevin Fitzsimmons
11 Wheelwright LN
Stafford, VA 22554


Martin C. Conway
12934 Hardbor Dr. Ste. 107
Woodbridge, VA 22192


Mary Washington Hospital
1001 Sam Perry Blvd
Fredericksburg, VA 22401


OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731


Pentagon Federal Cr Un
2930 Eisenhower Ave
Alexandria, VA 22314


Pentagon Federal Credit Union
Attn: Bankruptcy
Po Box 1432
Alexandria, VA 22313


Quantum3 Group, LLC
PO Box 788
Kirkland, WA 98083


Rafael Rivera
6114 Dory Landing Court
Burke, VA 22015
```

Shane A. Sims
PO Box 7166
Fredericksburg, VA 22404


Sharon Stuart, Esquire
8002 Discovery Drive, Ste. 422
Henrico, VA 23229


Southwest Credit Systems
4120 International Parkway
Suite 1100
Carrollton, TX 75007


Spotsylvania County Treasurer
9104 Courthouse Rd
Spotsylvania, VA 22553


US Bank Home Mortgage
4801 Frederica St.
Owensboro, KY 42301


US Department of Education
PO Box 105028
National Payment Center
Atlanta, GA 30348-5028


USAA Federal Savings Bank
Attn: Bankruptcy
10750 Mcdermott Freeway
San Antonio,, TX 78288


USAA Federal Savings Bank
Attn: Bankruptcy
10750 Mcdermott Freeway
San Antonio, TX 78288


Virginia Department of Taxatio
PO Box 2369
Richmond, VA 23218


Virginia Partners Credit Union
Po Box 8029
Fredericksburg, VA 22404

Vistas at Windsor Hills Townho
1631 East Vine St. Ste. 300
Kissimmee, FL 34744


Windsor Hills Master Community
1631 East Vine St.,  Ste. 300
Kissimmee, FL 34744