## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOSEPH ANTHONY NICOTERA ) | Case No. 20-31700-KLP |
| CAROLYN MARIE NICOTERA ) | Chapter 13 |
| ) | |
| Debtors ) | |
| ) | |
| VIRGINIA PARTNERS BANK ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| JOSEPH ANTHONY NICOTERA, ET AL. ) | |
| ) | |
| Respondents ) | |

### DEBTORS' RESPONSE TO MOTION FOR *IN REM* RELIEF FROM AUTOMATIC STAY

COME NOW the Debtors, by counsel, and as and for Debtors' Response to Virginia Partners Bank's ("VPB") Motion for *In Rem* Relief From the Automatic Stay ("Motion"), state as follows:

1. The allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, and 15 of the Motion are admitted.

2. The allegations contained in paragraphs 7, 14, 16, and 17 of the Motion are denied and the Debtors demand strict proof thereof.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtors*

WHEREFORE, the Debtors respectfully request that VPB's Motion for Relief From the Automatic Stay be denied, and for such other relief as the Court deems appropriate.

                JOSEPH ANTHONY NICOTERA
                CAROLYN MARIE NICOTERA

                By: /s/ James E. Kane
                        Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 24, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof.

    /s/ James E. Kane
    James E. Kane (VSB #30081)
    KANE & PAPA, P.C.
    1313 East Cary Street
    Richmond, Virginia  23219
    Telephone: (804) 225-9500
    Facsimile: (804) 225-9598
    Email: jkane@kaneandpapa.com