# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOSEPH ANTHONY NICOTERA ) | Case No. 20−31700−KLP |
| CAROLYN MARIE NICOTERA ) | Chapter 13 |
| ) | |
| Debtors ) | |

## WITHDRAWAL OF MOTION TO SELL REAL ESTATE AND MOTION FOR EXPEDITED HEARING

COME NOW the Debtors, by counsel, and hereby withdraw the Motion to Sell Real Estate and Motion for Expedited Hearing previously filed herein (Docket Nos. 70 and 71 respectively).

JOSEPH ANTHONY NICOTERA
CAROLYN MARIE NICOTERA
By Counsel

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA 23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof.

/s/ James E. Kane
James E. Kane